# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EMILY HUFFMAN and**                                                **PLAINTIFFS**
**WADE NARAMORE**

v.                   **CASE NO. 4:15CV00472 BSM**

**NEW YORK LIFE INSURANCE COMPANY**
**and JANE DOE**                                                    **DEFENDANTS**

**NEW YORK LIFE INSURANCE COMPANY**     **THIRD PARTY PLAINTIFF**

v.

**GAYE NARAMORE**                               **THIRD PARTY DEFENDANT**

## **JUDGMENT**

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATED this 26th day of October 2015.

                                                                            _____
                                                                       UNITED STATES DISTRICT JUDGE